UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL ARDIS,  )<br>  )<br>           Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DARLENE DICKEY, et al.,  )<br>           Defendants.  )<br>  ) | **JUDGMENT**<br>**5:23-CV-150-M-RJ** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered on March 3, 2025 [DE 25], the memorandum and recommendation [DE 21] is ADOPTED. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for improper venue pursuant to 28 U.S.C. § 1915(e)(2)(B).

This Judgment filed and entered on March 3, 2025, and copies to:
Robert Michael Ardis (via U.S. mail)

March 3, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk